**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-6732

ROBERT JACK WRIGHT,

                                    Petitioner - Appellant,

        versus

WILLIAM S. HAINES, Warden, Huttonsville Cor-
rectional Center,

                                    Respondent - Appellee.

Appeal from the United States District Court for the Northern Dis-
trict of West Virginia, at Martinsburg.  W. Craig Broadwater, Dis-
trict Judge.  (CA-99-33-3)

Submitted:  September 14, 2000          Decided:  October 2, 2000

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert Jack Wright, Appellant Pro Se.  Dawn Ellen Warfield, Leah
Perry Macia, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA,
Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Jack Wright appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Wright v. Haines, No. CA-99-33-3 (N.D.W. Va. Oct. 26, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED